**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **GLORIA SWEENEY,** | § | |
| *Plaintiff,* | § | |
| | § | **Civil Action No. 6:23-cv-00233-ADA-DTG** |
| **v.** | § | |
| | § | |
| **DD&S EXPRESS, INC. and** | § | |
| **JOHN DOE,** | § | |
| *Defendants.* | | |

## JOINT NOTICE OF CONFIDENTIAL SETTLEMENT

COMES NOW, Plaintiff, GLORIA SWEENEY, and Defendant, DD&S EXPRESS, INC. (collectively the "Parties"), and jointly file this Notice of Settlement and in support show the Court as follows:

### I.

The Parties hereby submit this Joint Notice of Confidential Settlement to notify the Court that the lawsuit has been settled, and to request that the Court enter a 60-day conditional order staying all deadlines and permitting the Parties to exchange and execute final settlement documents. The Parties further request that the Initial Pretrial Conference Via Zoom hearing set for Thursday, March 28, 2024, at 2:00 P.M., be reset and/or passed with respect to the Court's time. The lawsuit does not involve a minor and will not require the appointment of a guardian ad litem. This confidential settlement disposes of any and all claims, and all parties, including John Doe.

### II.

The confidential settlement by the Parties was accomplished by way of direct negotiation. The confidential settlement includes all Parties and claims, whether known or unknown, for

injuries arising out of the incident at issue in this case. Upon execution of all settlement documents, the case is to be dismissed with prejudice. All costs will be paid by the Parties incurring same.

### III.

WHEREFORE, the parties pray that this Court enters a 60-day conditional order staying case deadlines, reset and/or pass the Initial Pretrial Conference Via Zoom hearing set for Thursday, March 28, 2024, at 2:00 P.M., in anticipation of final confidential settlement being completed.

Respectfully submitted,

**PUSCH & NGUYEN LAW FIRM, PLLC**

*/s/ Nathan Yost*
Nathan Yost
Attorney in Charge
Texas Bar No. 24121217
6330 Gulf Freeway
Houston, Texas 77023
Telephone: (713) 524-8139
Facsimile: (713) 524-7034
eserve@puschnguyen.com
nyost@puschnguyen.com
**ATTORNEY FOR PLAINTIFF**
**GLORIA SWEENEY**

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Kirstopher M. Stockberger **with permission***
Kristopher M. Stockberger
Texas Bar No. 24028015
Mehak Ahmed
Texas Bar No. 24133094
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
kris.stockberger@lewisbrisbois.com
mehak.ahmed@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT**
**DD&S EXPRESS, INC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br>Kristopher M. Stockberger<br>Texas Bar No. 24028015<br>Mehak Ahmed<br>Texas Bar No. 24133094<br>24 Greenway Plaza, Suite 1400<br>Houston, Texas 77046<br>(713) 659-6767 Telephone<br>(713) 759-6830 Facsimile<br><br>**ATTORNEYS FOR DEFENDANT<br>DD&S EXPRESS, INC** | <u>**Via E-Service and Email:**</u><br>Kris.stockberger@lewisbrisbois.com<br>mehak.ahmed@lewisbrisbois.com |

*/s/ Nathan Yost*
Nathan Yost